```
                                                              FILED
                                                       CLERK, U.S. DISTRICT COURT

                                                           3/28/2022

                                                       CENTRAL DISTRICT OF CALIFORNIA
                   UNITED STATES DISTRICT COURT        BY:     DTA        DEPUTY
                   CENTRAL DISTRICT OF CALIFORNIA
```

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                    PLAINTIFF | *8:22-mj-00230-DUTY* |
| Jeffrey Edward Key | REPORT COMMENCING CRIMINAL ACTION |
| USMS#                DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/28/2022 9:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1990

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: P. Valdenor   (please print)

12. Office Phone Number: (714) 338-4610   13. Agency: USMS

14. Signature: [signature]   15. Date: 3/28/2022

CR-64 (05/18)                 REPORT COMMENCING CRIMINAL ACTION