

FILED
CLERK, U.S DISTRICT COURT

MAR 28 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-mj-230 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| v. | |
| JEFFREY EDWARD KEY, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _nature of current allegations, including failure to report and apparent absconding; prior criminal history; history of drug abuse_

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including failure to report and apparent absconding; prior criminal history; history of drug abuse*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: March 28, 2022

_____
JOHN D. EARLY
United States Magistrate Judge

2